# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:09-CR-00072-1-GMN-RJJ |
| CLEMENS TINNEMEYER, ) | |
| Defendant. ) | **ORDER** |

Clemens Tinnemeyer has informed the Court that he wishes to file an appeal of the sentence imposed on March 24, 2011, and for appellate counsel to be appointed to represent him on appeal. The Court **GRANTS** his request that appellant counsel be appointed.

The Court previously granted defense counsel's oral motion to withdraw, however, as Mr. Tinnemeyer is in a program that requires his whereabouts be kept confidential, the Court directed defense counsel to advise the CJA Administrator exactly where Mr. Tinnemeyer is being housed so that appellant counsel could visit him immediately.

Accordingly, **IT IS HEREBY ORDERED** that BEAU STERLING, ESQ. is APPOINTED as counsel for Clemens Tinnemeyer in place of Karen C. Winckler, Esq. for all future proceedings. Ms. Winckler shall forward the file to Mr. Sterling forthwith.

DATED this 29th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge