# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLEMENS TINNEMEYER<br><br>　　　　　Defendant. | District No.　2:09-CR-072 GMN RJJ |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 6, 2011 this court received a transcript order form dated April 4, 2011 requesting a Transcript of the hearing held on March 24, 2011 from Ms. Beau Sterling, counsel for Defendant Clemens Tinnemeyer., in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _7_ day of April 2011.

_____
Gloria M. Navarro
United States District Judge