

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

o-O-o

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00072-GMN-RJJ |
| Plaintiff, | |
| v. | ORDER |
| CLEMENS TINNEMEYER, | |
| Defendant. | |

On motion of the United States, and good cause appearing, it is hereby ORDERED that the judgment and sentence imposed against the defendant in the above captioned case be unsealed, and available to the public. The remainder of the case file shall remain sealed until further order of this Court.

DATED this  21st   day of July, 2011.

Gloria M. Navarro
Judge of the District Court