

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLEMENS TINNEMEYER,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 2:09-CR-00072-GMN<br>      2:11-CV-01197-GMN<br><br>**ORDER EXTENDING TIME TO RESPOND TO MOTION UNDER 28 U.S.C. § 2255**<br><br>**FILED UNDER SEAL** |

### ORDER

IT IS HEREBY ORDERED that the Government's Motion for Extension of Time to Respond to Petitioner Clemens Tinnemeyer's Motion Pursuant to Title 28, United States Code, Section 2255, be granted, and a response deadline extended to the **20th** day of January, 2012.

**DATED** this 15th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge