UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CLEMENS TINNEMEYER, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:09-cr-72-GMN-RJJ |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 4:00 PM on **July 7, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **July 7, 2022**, the Clerk is authorized to destroy said exhibits on **July 14, 2022**.

**DATED** this  6  day of    June   , 2022.

_____
Gloria M. Navarro, District Judge
United States District Court

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by: _____

**PLEASE PRINT NAME**:_____ Date:_____

Page 1 of 1